IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHAUNA M. BRILES, | ) | 8:05CV50 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| HARLEYSVILLE INSURANCE CO. | ) | |
| f/k/a MINNESOTA FIRE AND | ) | |
| CASUALTY COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the parties' joint stipulation (filing 11) and Fed. R. Civ. P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, with each party to pay its own costs.

DATED: May 3, 2005.   BY THE COURT:

s/ Richard G. Kopf
United States District Judge